| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

DEVIN CLARK,

        Plaintiff,

*versus*

JASPER CITY POLICE DEPARTMENT, *et al.*,

        Defendants.

§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 1:25-CV-367

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Devin Clark, an inmate confined at the Jasper County Correction Center, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing the action without prejudice for want of prosecution.  To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    SIGNED at Beaumont, Texas, this 18th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE